**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>GETTY PETROLEUM MARKETING INC., *et al*.<br>Reorganized Debtors.[1] | Chapter 11<br>Case No. 11-15606 (SCC)<br>(Jointly Administered) |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATIONS FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of Applications for Allowance of Final Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred during the period commencing December 5, 2011 through September 24, 2012[2]; and a hearing having been held before this Court to consider the Applications on December 5, 2012; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

**ORDERED,** that the Applications are granted to the extent set forth in Schedules A and B hereto.

Dated: December 12, 2012
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

[1] The (now reorganized) Debtors in these Chapter 11 cases consist of Getty Petroleum Marking Inc., Getty Terminals Corp., PT Petro Corp., and Gasway Inc.
[2] Wilmer Cutler Pickering Hale and Dorr LLP and Alvarez & Marsal North America, LLC are requesting payment for the period through September 23, 2012 and Greenberg Traurig, LLP and Ross, Rosenthal & Company LLP are requesting payment for the period through September 24, 2012.

# SCHEDULE A

**Case No.:** 11-15606 (SCC)

**Case Name:** Getty Petroleum Marketing Inc., et al.

## CURRENT INTERIM FEE PERIOD

**April 1, 2012 through September 23, 2012**

**Schedule A**

**DATED: DECEMBER 12, 2012**

**INITIALS: (SCC) U.S.B.J.**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid[3] | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| Greenberg Traurig, LLP (Counsel to the Debtors and Debtors in Possession) | October 12, 2012 [Docket No. 779] | $1,397,124.50 | $1,272,124.50[5] | $1,272,124.50 | $342,682.96[6] | $1,614,807.46 | $24,724.08 | $23,944.08[7] |
| Ross, Rosenthal & Company, LLP (Accountants for the Debtors and Debtors in Possession) | October 12, 2012 [Docket No. 778] | $0 | $0 | $0 | $8,896.80 | $8,896.80 | $0 | $0 |

[3] Of the amounts listed in column 7 to Schedule A (Total Fees to be Paid), Greenberg Traurig, LLP has already been paid $886,483.60 on account of fees incurred during the current interim fee period; Wilmer Cutler Pickering Hale and Dorr LLP has already been paid $1,614,445.80 on account of fees incurred during the current interim fee period; and Alvarez & Marsal North America, LLC has already been paid $180,000.00 on account of fees incurred during the current interim fee period. Ross, Rosenthal & Company, LLP did not incur any fees during the current interim fee period.

[4] Of the amounts listed in column 9 to Schedule A (Expenses to be Paid for Current Fee Period), Greenberg Traurig, LLP has already been paid $20,323.35 on account of expenses incurred during the current interim fee period; Wilmer Cutler Pickering Hale and Dorr LLP has already been paid $30,157.43 on account of expenses incurred during the current interim fee period; and Alvarez & Marsal North America, LLC has already been paid $170.55 on account of expenses incurred during the current interim fee period. Ross, Rosenthal & Company, LLP did not incur any expenses during the current interim fee period.

[5] This amount reflects a voluntary reduction of $125,000.00 in the request for compensation by Greenberg Traurig, LLP to address informal concerns raised by counsel to the United States Trustee and counsel to the Official Committee of Unsecured Creditors.

[6] This amount represents the 20% holdback for the first interim period, less the prior agreed upon reductions of $22, 600.00 in fees and $330.44 in expenses for the first interim period.

[7] This amount reflects a voluntary reduction of $780.00 in the request for compensation by Greenberg Traurig, LLP to address informal concerns raised by counsel to the United States Trustee and counsel to the Official Committee of Unsecured Creditors.

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid[3] | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period[4] |
|---|---|---|---|---|---|---|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP (Counsel to the Official Committee of Unsecured Creditors) | October 12, 2012 [Docket No. 780] | $3,266,167.75 | $3,262,618.75[8] | $3,262,618.75 | $96,949.30[9] | $3,359,568.05 | $41,621.39 | $40,661.79[10] |
| Alvarez & Marsal North America, LLC (Financial Advisors to the Official Committee of Unsecured Creditors) | October 12, 2012 [Docket No. 777] | $450,000.00[11] | $375,000.00[12] | $375,000.00 | $45,000.00 | $420,000.00 | $725.58 | $227.58[13] |

[8] This amount includes a voluntary reduction in the amount of $3,549.00 in fees to address informal concerns raised by the United States Trustee related to time entry reductions.

[9] Pursuant to Order Granting First Applications for Allowance of Interim Compensation and Reimbursement of Expenses dated May 18, 2012 [Docket No. 488], Wilmer Cutler Pickering Hale and Dorr LLP voluntarily agreed to reduce its total fees/expenses by an aggregate amount of $91,131 and, pursuant to an agreement with the United States Trustee, Wilmer Cutler Pickering Hale and Dorr LLP's holdback for such period has been reduced from $188,080.30 by the $91,131.

[10] This amount includes a voluntary reduction in the amount of $959.60 in expenses to address informal concerns raised by the United States Trustee related to certain expenses.

[11] Pursuant to Notice of Withdrawal of Ninth Monthly Fee Statement of Alvarez & Marsal North America, LLC In Their Capacity As Financial Advisors To The Official Committee Of Unsecured Creditors, For Compensation And Reimbursement Of Expenses Incurred For The Period September 1, 2012 Through September 23, 2012 [Docket 790], Alvarez & Marsal North America, LLC voluntarily agreed to reduce its total amount of fees by $75,000.00 and expenses by the amount of $13.03. The amounts listed reflect this reduction.

[12] Subsequent to filing Alvarez & Marsal North America, LLC's Second and Final Fee Application, Alvarez & Marsal North America, LLC withdrew its Ninth Monthly Fee Statement for the period from September 1, 2012 through September 23, 212 (*see* docket #789).

[13] This amount includes a voluntary reduction in the amount of $500.00 to address informal concerns raised by counsel to the United States Trustee related to miscellaneous expenses in connection with Alvarez & Marsal North America, LLC's Second and Final Fee Application.

# SCHEDULE B

**SUMMARY: ALL FEE PERIODS**

**Final Fee Application Totals**

**December 5, 2011 through and including September 24, 2012[14]**

**DATED: DECEMBER 12, 2012** **INITIALS: (SCC) U.S.B.J.**

| APPLICANT | TOTAL FEES REQUESTED (ENTIRE AMOUNTS REQUESTED ARE HEREBY APPROVED) | TOTAL FEES PAID | TOTAL EXPENSES REQUESTED (ENTIRE AMOUNTS REQUESTED ARE HEREBY APPROVED) | TOTAL EXPENSES PAID |
|---|---|---|---|---|
| Greenberg Traurig, LLP (Counsel to the Debtors and Debtors in Possession) [Docket No. 779] | $3,077,591.52 | $2,348,937.22 | $38,520.21 | $35,229.92 |
| Ross, Rosenthal & Company, LLP (Accountants for the Debtors and Debtors in Possession) [Docket No. 778] | $44,484.00 | $35,587.20 | $2,834.39 | $2,834.39 |
| Wilmer Cutler Pickering Hale and Dorr LLP (Counsel to the Official Committee of Unsecured Creditors) [Docket No. 780] | $4,111,889.25 | $2,366,767.00 | $49,860.64 | $39,356.28 |
| Alvarez & Marsal North America, LLC (Financial Advisors to the Official Committee of Unsecured Creditors) [Docket No. 777] | $600,000.00 | $360,000.00 | $3,121.84 | $3,064.81 |

[14] Wilmer Cutler Pickering Hale and Dorr LLP and Alvarez & Marsal North America, LLC are requesting payment for the period through September 23, 2012 and Greenberg Traurig, LLP and Ross, Rosenthal & Company LLP are requesting payment for the period through September 24, 2012.