**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GETTY PETROLEUM MARKETING INC. *et al.*,<br><br>Debtor | Case No.: 11-15606 (SCC)<br>Chapter 11<br>Jointly Administered |

**Stipulation and Consent Order Expunging General Unsecured Proof of**
**Claim and Administrative Claim Filed By Lester Schwab Katz & Dwyer LLP**

This matter was opened to the court by the presentation of this Stipulation and Consent Order.  The parties hereby stipulate and agree as follows:

1. The general unsecured proof of claim filed by Lester Schwab Katz & Dwyer LLP in the amount of $16,853.83 (claim number 473) is hereby expunged with prejudice.

2. The administrative claim filed by Lester Schwab Katz & Dwyer LLP in the amount of $10,820.84 (claim number 880) is hereby expunged with prejudice.

3. No payment shall be made in this case on the claims described in paragraphs 1 and 2 above.

**[Signatures on following page]**

2

Date:  January 29, 2014

**We hereby consent to the form and entry of this Stipulation and Order.**

| | |
|---|---|
| Subranni Zauber LLC<br>Special Counsel to Liquidating<br>Trustee Alfred T Giuliano | Lester Schwab Katz & Dwyer LLP |
| /s/ John P. Leon_____<br>By:  John P. Leon | /s/ Lawrence R. Green_____<br>By:  Lawrence R. Green |

**IT IS SO ORDERED:**
April ____, 2014
New York, New York

_____
HONORABLE SHELLY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2